UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
                                                          :
THAYERMAHAN INC.,                                         :
                                  Petitioner,     :          26 Civ. 3702 (LGS)
                 -against-                        :
                                                  :          **ORDER**
ATLANTIC OCEANIC LLC,                             :
                                  Respondent.  :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 5, 2026, Petitioner commenced this action seeking to confirm two

arbitration awards issued in a consolidated arbitration proceeding.

WHEREAS, on May 5, 2026, Petitioner filed its Memorandum of Law in support of its

Petition to Confirm and Enforce Final Arbitration Awards.  It is hereby

**ORDERED** that by **May 20, 2026**, Respondent shall file any opposition to the petition.

By **May 27, 2026**, Petitioner shall file any reply in support of its petition.

Dated:  May 6, 2026
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE