U.S. Department of Homeland Security
United States Coast Guard

Director
National Vessel Documentation Center

792 T. J. Jackson Drive
Falling Waters, WV 25419
Phone: (800) 799-8362
Fax: 304-271-2405

**May 13, 2026**

**Regarding your recent submission to the National Vessel Documentation Center**

This cover letter with enclosure(s) is sent in response to a submission made to this office. If you have any questions, please contact the National Vessel Documentation Center at the number shown above.

**Enclosures:**

| | | |
|---|---|---|
| (1) Abstract of Title | O/N:1063438 | 4 PAGE(S) |
| **TOTAL:** | 5 PAGE(S) (including cover page) | |

DEPARTMENT OF TRANSPORTATION
U.S. COAST GUARD
CG-1332 (REV. 9-92)

# GENERAL INDEX OR ABSTRACT OF TITLE

OMB APPROVED
2115-0110

VESSEL BUILT AT LAROSE, LA.

(AND) IN 1998

BY HALTER MARINE GROUP, INC.

FOR FUTURISTIC BOATS, INC.

BUILDER'S CERTIFICATE DATED 4-3-98

TITLE ASSIGNED TO

1063438
(OFFICIAL NUMBER)

(HULL ID NUMBER)

(5)
(4)
(3)
(2)
(1) KRISTIN FAGAN
NAME OF VESSEL

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| BS | 100 | 10 31 99 | $1.00 | 00-14 | 199 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 01 24 00 | 2 30 PM | - - - |

GRANTOR
FUTURISTIC BOATS INC

GRANTEE
KIM SUSAN INC

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FLPM | 100 | 01 18 00 | $5,134,723.83 | 00-14 | 200 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 01 24 00 | 2 30 PM | - - - |

GRANTOR
KIM SUSAN INC

GRANTEE
RALPH FAGAN
11874 HIGHWAY 1, LAROSE, LA 70373

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| SMTG | 100 | 11 09 01 | $5,134,723.83 | 01-134 | 143 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 11 15 01 | 10 42 AM | --- |

GRANTOR
REFERS TO BOOK 00-14 PAGE 200
RALPH FAGAN

GRANTEE
KIM SUSAN INC

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: TIME:

PORT: PAGE OF

DOCUMENTATION OFFICER

| DEPARTMENT OF TRANSPORTATION U.S. COAST GUARD CG-1332A (Rev. 6-93) | GENERAL INDEX OR ABSTRACT OF TITLE CONTINUATION SHEET NO. 1 | OFFICIAL NO. 1063438 |
|---|---|---|

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| FLPM | 100 | 11 08 01 | $8,000,000.00 | 01-134 | 144 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 11 13 01 | 10 56 AM | - - - |

GRANTOR

KIM SUSAN INC

GRANTEE

COMMUNITY BANK, AS AGENT
4626 HIGHWAY 1, RACELAND LA 70373

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | ~~BOOK~~ BATCH | ~~PAGE~~ DOC. ID. |
|---|---|---|---|---|---|
| SMTG | 100 | 5/28/03 | $8,000,000.00 | 97473 | 988144 |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| NVDC | 7/7/03 | 8:05 AM | - - - |

GRANTOR

Refers to Book 01-134, page 144
COMMUNITY BANK

GRANTEE

KIM SUSAN INC

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| | | | | | |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| | | | |

GRANTOR

GRANTEE

| INSTRUMENT | % CONVEYED | DATE | AMOUNT | BOOK | PAGE |
|---|---|---|---|---|---|
| | | | | | |

| FILED PORT | DATE | TIME | DATE TERMINATED |
|---|---|---|---|
| | | | |

GRANTOR

GRANTEE

☐ ISSUED AS AN ABSTRACT OF TITLE ☐ ISSUED FOR CHANGE OF PORT OF RECORD

DATE: TIME:

PAGE: OF PORT:

DOCUMENTATION OFFICER

PREVIOUS EDITION MAY BE USED

Official No. 1063438 DEPARTMENT OF HOMELAND SECURITY OMB NO. 2115-0110

U.S. Coast Guard

**GENERAL INDEX OR ABSTRACT OF TITLE**

Continuation Sheet No. 2

**STATUS: ON RECORD**

**Certificate of Merger dated 12/13/2002, Kim Susan, Inc. merged into : Kim Susan, LLC**

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | AUGUST 1, 2023 | $1.00 | 121219500 | 3 |
| DATE FILED | TIME FILED | STATUS | | |
| AUGUST 01, 2023 | 8:36 PM | RECORDED | | |
| SELLER | | | | |
| KIM SUSAN LLC | | | | |
| BUYER | | | | |
| ATLANTIC OCEANIC LLC | | | | |

**STATUS: ON RECORD**

**Vessel Name Changed to: ATLANTIC BREEZE (8/07/2023)**

| DISCHARGED | INSTRUMENT TYPE | | | |
|---|---|---|---|---|
| YES | **FLEET PREFERRED MORTGAGE** | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | JANUARY 12, 2024 | $17,000,000.00 | 126405100 | 3 |
| DATE FILED | TIME FILED | STATUS | | |
| JANUARY 12, 2024 | 4:24 PM | RECORDED | | |
| MORTGAGOR | | | | |
| ATLANTIC OCEANIC LLC | | | | |
| MORTGAGEE | | | | |
| FIO ADVISORS LP<br>745 FIFTH AVE, 14TH FLOOR<br>NEW YORK, NY 10151 | | | | |

| INSTRUMENT TYPE | | | | |
|---|---|---|---|---|
| **BILL OF SALE** | | | | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | OCTOBER 8, 2025 | $1.00 | 84 | 1706547 |
| DATE FILED | TIME FILED | STATUS | | |
| OCTOBER 08, 2025 | 9:19 PM | RECORDED | | |
| SELLER | | | | |
| ATLANTIC OCEANIC LLC | | | | |
| BUYER | | | | |
| COASTAL SUPPLY& LOGISTICS LLC | | | | |

| INSTRUMENT TYPE | | | REFERS TO: | |
|---|---|---|---|---|
| **SATISFACTION OF MORTGAGE** | | | BATCH: 126405100 DOC ID: 3 | |
| % CONVEYED | DATE OF INSTRUMENT | AMOUNT | BATCH | DOC ID |
| 100 | OCTOBER 8, 2025 | $17,000,000.00 | 84 | 1706555 |
| DATE FILED | TIME FILED | STATUS | | |
| OCTOBER 08, 2025 | 9:25 PM | RECORDED | | |
| MORTGAGEE | | | | |
| FIO ADVISERS LP | | | | |
| MORTGAGOR | | | | |
| ATLANTIC OCEANIC LLC | | | | |

This space intentionally left blank

CG-1332A (06/23) PREVIOUS EDITION MAY BE USED

Official No. 1063438 DEPARTMENT OF HOMELAND SECURITY OMB NO. 2115-0110

U.S. Coast Guard

## GENERAL INDEX OR ABSTRACT OF TITLE

Continuation Sheet No. 3

| ISSUED AS AN ABSTRACT OF TITLE AS OF | |
|---|---|
| DATE: 04/24/2026 TIME: 6:30 AM | DIRECTOR, NATIONAL VESSEL DOCUMENTATION CENTER |