UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                           :
THAYERMAHAN INC.,                                          :
                                  Petitioner,    :          26 Civ. 3702 (LGS)
            -against-                                      :
                                                           :          **ORDER**
ATLANTIC OCEANIC LLC,                                      :
                                  Respondent.  :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on May 5, 2026, Petitioner commenced this action seeking to confirm two

arbitration awards issued in a consolidated arbitration proceeding.

    WHEREAS, Respondent has not appeared or filed a response to the petition, and on June 5,

2026, the Clerk's Office entered a certificate of default as to Respondent.

    WHEREAS, on June 4, 2026, Petitioner filed an emergency motion seeking confirmation of

the arbitration awards, entry of default judgment against Respondent and lifting of the automatic

stay imposed by Federal Rule of Civil Procedure 62(a) (the "Emergency Motion").  It is hereby

    **ORDERED** that by Saturday, **June 6, 2026**, Petitioner shall serve a copy of this Order and

the Emergency Motion papers on Respondent by email and overnight mail and shall promptly file

proof of service on the docket.  It is further

    **ORDERED** that Respondent shall file any response to the Emergency Motion by **June 10,**

**2026**.  Petitioner shall file any reply by **June 11, 2026**.  It is further

    **ORDERED** that a telephonic conference on the Emergency Motion will be held on **June 8,**

**2026**, at **2:00 pm**.  The parties shall call 855-244-8681 and enter the access code 2311 193 8649.

Dated: June 5, 2026
        New York, New York

_____
        **LORNA G. SCHOFIELD**
        **UNITED STATES DISTRICT JUDGE**