UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
THAYERMAHAN INC.,                                            :
                                       Petitioner,    :        26 Civ. 3702 (LGS)
                    -against-                                 :
                                                             :    **ORDER**
ATLANTIC OCEANIC LLC,                                        :
                                       Respondent.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 5, 2026, Petitioner commenced this action seeking to confirm two

arbitration awards issued in a consolidated arbitration proceeding.

WHEREAS, Respondent has not appeared or filed a response to the Petition, and on June 5,

2026, the Clerk's Office entered a certificate of default as to Respondent.

WHEREAS, a conference was held on June 8, 2026, to discuss Petitioner's June 4, 2026,

emergency motion seeking confirmation of the arbitration awards, entry of default judgment against

Respondent and lifting of the automatic stay imposed by Federal Rule of Civil Procedure 62(a) (the

"Emergency Motion").

WHEREAS, Respondent did not appear at the conference.  As discussed at the conference,

it is hereby

**ORDERED** that in Petitioner's filing in further support of the Emergency Motion due

June 11, 2026, Petitioner shall address the basis for federal subject matter jurisdiction over the

Petition's request to confirm the BREEZE Final Award.  Petitioner may also supplement the

Petition as necessary or helpful for its consideration as an unopposed motion for summary

judgment.  *See D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 110 (2d Cir. 2006); *Bailey Shipping,*

*Ltd. v. Am. Bureau of Shipping*, 431 F. Supp. 3d 359, 364-65 (S.D.N.Y. 2019).  Petitioner should

not simply reiterate its previously made arguments.  It is further

      **ORDERED** that the requirement of a Local Civil Rule 56.1 statement of material facts is

waived, given the nature of this action.

Dated:  June 9, 2026
       New York, New York

                                **LORNA G. SCHOFIELD**
                            **UNITED STATES DISTRICT JUDGE**