**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------X

THAYERMAHAN INC.,

                        Petitioner,                        26 **CIVIL** 3702 (LGS)

      -against-                                          **JUDGMENT**

 ATLANTIC OCEANIC LLC,

                        Respondent.
--------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated June 22, 2026, the Petition is **GRANTED**. The Awards are confirmed. Petitioner is awarded $3,221,764.80 pursuant to the BREEZE Award with pre-judgment interest at the rate of 3.53% per annum as specified in the Awards, accruing from January 27, 2026, through the date judgment is entered in the amount of $45,802.90 and $857,556.51 pursuant to the SPIRIT Award, with pre-judgment interest at the rate of 3.53% per annum as specified in the Awards, accruing from January 27, 2026, through the date judgment is entered in the amount of $12,191.63, together with post-award, Petitioner is also awarded post-judgment interest at the statutory rate prescribed by 28 U.S.C. § 1961, accruing from the date judgment is entered until payment is made. By **July 6, 2026**, Petitioner shall file any motion for attorneys' fees and costs, including timesheets and other documents supporting the motion. The Emergency Motion is **GRANTED in part** and **DENIED in part**. The request for entry of default judgment against Respondent is denied. The automatic stay imposed by Rule 62(a) is dissolved, and Petitioner may immediately enforce the judgment.

**DATED:** New York, New York
          June 23, 2026

                                    **TAMMI M. HELLWIG**
                                  _____
                                    **Clerk of Court**

                **BY:**           K. mango
                                    _____
                                    **Deputy Clerk**