UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| THAYERMAHAN INC., Petitioner, -against- ATLANTIC OCEANIC LLC, Respondent. | : | 26 Civ. 3702 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, as directed by the Opinion & Order dated June 22, 2026, Petitioner filed a motion for attorneys' fees and costs (the "Motion") on July 6, 2026. It is hereby

**ORDERED** that, by **July 9, 2026**, Petitioner shall serve the Motion on Respondent by email and mail and shall promptly file proof of service on the docket, including documentary proof of service as an exhibit. It is further

**ORDERED** that Respondent shall file any response to the Motion by **July 16, 2026**. Petitioner shall file any reply by **July 23, 2026**.

Dated: July 7, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE