USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/3/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THAYERMAHAN INC.,

Petitioner,

-v-

ATLANTIC OCEANIC LLC,

Respondent.

**ORDER**

26-CV-3702 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated July 16, 2026, the deadline for Respondent to file a response to the motion for attorney fees and costs was extended to July 22, 2026. ECF No. 31. To date, no such response has been received. Therefore, the motion will be addressed based on Petitioner's filings.

**SO ORDERED.**

Dated: August 3, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge