USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 9/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THAYERMAHAN INC.,

Petitioner,

-v-

ATLANTIC OCEANIC LLC,

Respondent.

**ORDER**

26-CV-3702 (LGS) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By an Order of Reference dated July 31, 2026, the motion for attorney fees and costs at ECF No. 26 was referred to the undersigned for a Report & Recommendation. ECF No. 32.

Upon reviewing the materials submitted in support of the motion, the undersigned has determined that more information is needed from Petitioner. By **September 30, 2026,** Petitioner shall supplement its original submission by filing the following on the docket:

- Unredacted versions of the invoices at ECF No. 26-1, which may be filed under seal in accordance with the undersigned's Individual Rules and Practices for Civil Cases.
- Evidence to support Petitioner's assertion that the stated rates are reasonable. *See Farbotko v. Clinton Cnty. of New York*, 433 F.3d 204, 209 (2d Cir. 2005) ("[T]he fee applicant has the burden of showing by 'satisfactory evidence—in addition to the attorney's own affidavits'—

that the requested hourly rates are the prevailing market rates.”).

- Additional or clarifying information on certain aspects of the invoices including:
    - Background information for Joanna Ciampa, whose name appears on several invoices.
    - Clarifying information as to what “Other Expenses,” “Service Fee,” and “Investigation Services” refer to in the disbursements section of various invoices.

As stated in the Order dated August 3, 2026, since Respondent has not appeared, the motion will be decided on Petitioner’s filings alone. ECF No. 33. Petitioner is directed to serve a copy of this Order on Respondent.

**SO ORDERED.**

Dated: September 16, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge